No. 84–926. EASTERN AIRLINES INC. v. FLORIDA DEPARTMENT OF REVENUE. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 84–929. DELTA AIR LINES, INC. v. FLORIDA DEPARTMENT OF REVENUE. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 84–1773. PINE HILL CIVIC CLUB, INC., ET AL. v. DEKALB COUNTY, GEORGIA, ET AL. Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question.

No. 84–1881. HEDGES v. ALLINDER. Appeal from Sup. Ct. App. W. Va. dismissed for want of substantial federal question.

No. 85–417. EXOTIC COINS, INC., ET AL. v. BEACOM, DISTRICT ATTORNEY FOR COUNTY OF ADAMS, ET AL. Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question.